1  Ira M. Siegel, Cal. State Bar No. 78142
   email address:  irasiegel@earthlink.net
2  LAW OFFICES OF IRA M. SIEGEL
   433 N. Camden Drive, Suite 970
3  Beverly Hills, California 90210-4426
   Tel:    310-435-7656
4  Fax:    310-657-2187

5  Attorney for Plaintiff Third World Media, LLC



ORIGINAL FILED
2010 OCT -4 P 1:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| THIRD WORLD MEDIA, LLC, a California Limited Liability Company,<br><br>                    Plaintiff,<br><br>          v.<br><br>DOES 1-1568,<br><br>                    Defendants. | CASE NO. CV 10 4470 LB<br><br>PLAINTIFF'S CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, AND FED. RULE CIV. PRO. 7.1 DISCLOSURE STATEMENT |
|---|---|

### PLAINTIFF'S CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

      Copyright Enforcement Group, Inc. has a financial interest in the recovery

      obtained by Plaintiff in this action.

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties and the entity identified above, there is no such interest to report.

**FED. RULE CIV. PRO. 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that there is no parent corporation or any publicly held corporation owning 10% or more of Plaintiff.

Respectfully submitted,

Date:  October 3, 2010

Ira M. Siegel, Cal. State Bar No. 78142
email address:  irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:     310-435-7656
Fax:    310-657-2187

Attorney for Plaintiff Third World Media, LLC